Dismissed and Memorandum Opinion filed July 14, 2005









Dismissed and Memorandum Opinion filed July 14, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00467-CV

____________

 

STEVE COLLINS and 3415 KATY
FREEWAY, INC., Appellants

 

V.

 

GERALD HOPKINS and MORGAN JOHNSON, Appellees

 



 

On Appeal from the
61st District Court

Harris County, Texas

Trial Court Cause
No. 04-62394

 



 

M E M O R A N D U M   O P I N I O N

This is an accelerated appeal from an order denying a request
for a temporary injunction, signed May 11, 2005.

On July 6, 2005, the parties filed an agreed motion to
dismiss the appeal because the trial court has now reconsidered its May 11,
2005 order, and has issued a temporary injunction.  Accordingly, the appeal is moot.  The motion is granted.

The appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed July 14, 2005.

Panel consists of Justices Yates,
Anderson, and Hudson.